# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SAM CARTER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EARTHLINK HOLDINGS CORP., JOSEPH F. EAZOR, SUSAN D. BOWICK, KATHY S. LANE, GARRY K. MCGUIRE, R. GERARD SALEMME, JULIE A. SHIMER, MARC F. STOLL, and WALTER L. TUREK,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00433-LMM |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action against Defendants as moot. This Court retains continuing jurisdiction over the parties in the Action solely for purposes of further proceedings related to the adjudication of Plaintiff's anticipated application for an award of attorneys' fees and expenses.

Dated: February 21, 2017

**OF COUNSEL**

Juan E. Monteverde
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (212) 971-1341

*Attorneys for Plaintiff*

Andrew Gordon
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Attorneys for Defendants

Respectfully submitted,

/s/ *David A. Bain*
David A. Bain
LAW OFFICES OF DAVID A. BAIN, LLC
Georgia Bar No. 032449
1230 Peachtree Street NE, Suite 1050
Atlanta, GA 30309
T: (404) 724-9990
F: (404) 724-9986
dbain@bain-law.com

/s/ *J. Timothy Mast*
J. Timothy Mast
Georgia Bar No. 476199
TROUTMAN SANDERS LLP
600 Peachtree Street, NE Suite 5200
Atlanta, GA 30308
T: (404) 885-3000
tim.mast@troutmansanders.com

SO ORDERED this 21st day of February, 2017.

*[signature]*
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE