IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAM CARTER, Individually and on Behalf of All Others Similarly Situated,<br>          Plaintiff,<br>   v.<br>EARTHLINK HOLDINGS CORP., JOSEPH F. EAZOR, SUSAN D. BOWICK, KATHY S. LANE, GARRY K. MCGUIRE, R. GERARD SALEMME, JULIE A. SHIMER, MARC F. STOLL, and WALTER L. TUREK,<br>          Defendants. | Case No. 1:17-cv-00433-LMM |

**STIPULATION AND [PROPOSED] ORDER CLOSING AND TERMINATING THE ACTION**

WHEREAS, on February 21, 2017, the Court entered an order dismissing the claims asserted in the above action and retaining jurisdiction solely for considering any application for an award of attorneys' fees and expenses;

WHEREAS, the parties have reached agreement with respect to payment of attorneys' fees and expenses, in full satisfaction of any claims for the above Plaintiff's attorneys' fees or expenses;

There being no further issue for the Court to consider, the Court, at the request of Plaintiff, hereby issues the following order:

30550842

1.      This Action is closed and terminated.  The Court no longer retains jurisdiction to consider any application for an award of attorneys' fees and expenses.

Dated:  March 17, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ *David A. Bain* | /s/ *J. Timothy Mast* |
| David A. Bain | J. Timothy Mast, GA Bar No. 476199 |
| LAW OFFICES OF DAVID A. BAIN, LLC | Mary M. Weeks, GA Bar No. 559181 |
| Georgia Bar No. 032449 | TROUTMAN SANDERS LLP |
| 1230 Peachtree Street NE, Suite 1050 | 600 Peachtree Street NE, Suite 5200 |
| Atlanta, GA 30309 | Atlanta, GA 30308 |
| T: (404) 724-9990 | T: (404) 885-3000 |
| F: (404) 724-9986 | F: (404) 885-3900 |
| dbain@bain-law.com | tim.mast@troutmansanders.com |
| | mary.weeks@troutmansanders.com |
| **OF COUNSEL** | **OF COUNSEL** |
| Juan E. Monteverde | Andrew Gordon |
| MONTEVERDE & ASSOCIATES PC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| The Empire State Building | 1285 Avenue of the Americas |
| 350 Fifth Avenue, 59th Floor | New York, NY 10019-6064 |
| New York, NY 10118 | T: (212) 373-3000 |
| T: (212) 971-1341 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

_____
United States District Judge